DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GUY MORTIMER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2830

[July 1, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Duffy, Judge; L.T. Case No. 062007CF012912C88810.

Guy Mortimer, Perry, pro se.

James Uthmeier, Attorney General, Tallahassee, and Luke Robert Napodano, Senior Assistant Attorney General, West Palm Beach, for appellee.

### *ON PARTIAL CONFESSION OF ERROR*

PER CURIAM.

We accept the State's partial confession of error and reverse the circuit court's order prohibiting appellant from further pro se filing. The State acknowledges appellant did not receive the court's order to show cause under *State v. Spencer*, 751 So. 2d 47 (Fla. 1999). Appellant is entitled to an opportunity to be heard, and to make a record for appeal, before the court imposes sanctions. *See Stokes v. State*, 50 So. 3d 1234 (Fla. 4th DCA 2011) (reversing under the same circumstances).

As for the remaining portion of the appeal directed towards the circuit court's order denying appellant's motion to correct illegal sentence, that appeal is untimely, as the State argues. Thus, we lack jurisdiction to review that portion of the appeal, which must be dismissed.

*Dismissed in part, reversed and remanded in part.*

KLINGENSMITH, SHEPHERD and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***